# Exhibit C

Summons to John Does 1-5 issued
by the Clerk of the State Court of
Clayton County on September 16, 2025

2025CV06704
e-Filed 9/16/2025 12:43 PM
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Cornelia Ramsey

# IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA

9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236
TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159

J.S.

Plaintiff

Vs.

John Does # 1-5

Defendant

2025CV06704
Case Number

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):
You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

Matthew B. Stoddard, Esq.
Keith N. Evra, Esq.
The Stoddard Firm
1534 N Decatur Road NE, Atlanta, GA 30307
Phone: 470-467-2200
matt@legalhelpga.com

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

**TIKI BROWN**
**CLERK OF COURT**
**State Court of Clayton County**

By: /s/ Cornelia Ramsey
Deputy Clerk