# Exhibit G

Joint Stipulation of Extension of Time to Answer First Amended Complaint filed in the State Court of Clayton County on October 8, 2025

2025CV06704
e-Filed 10/8/2025 11:22 AM
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Shalonda Green

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

**J.S.,**

Plaintiff,

v.

**SHREE LAXMI HOTEL, LLC d/b/a MOTEL 6; TRINITY SNK CORPORATION F/K/A GLOBAL : MANAGEMENT & INVESTMENT : CORPORATION; and JOHN DOES #2-5,**

Defendants.

**Case No.: 2025CV06704**

**JOINT STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS SHREE LAXMI HOTEL, LLC d/b/a MOTEL 6 AND TRINITY SNK CORPORATION F/K/A GLOBAL MANAGEMENT & INVESTMENT CORPORATION; TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT AND PLAINTIFF'S REQUESTS FOR DISCOVERY**

COMES NOW, Plaintiff and Defendants **SHREE LAXMI HOTEL, LLC d/b/a MOTEL 6 and TRINITY SNK CORPORATION F/K/A GLOBAL MANAGEMENT & INVESTMENT CORPORATION;** (collectively, herein "Defendants") and, pursuant to O.C.G.A. § 9-11-6(b)(1), stipulate and agree that the Defendants' responsive pleadings to Plaintiff's Complaint and Plaintiff's Amended Complaint are due on October 29, 2025. Additionally, the parties consent to extending the time for Defendants to file their responses to Plaintiff's Request for Admissions, Interrogatory Requests, and Requests for Production of Documents through and including November 15, 2025. All defenses to jurisdiction, and venue are preserved.

This 8th day of October 2025.

**Consented to by:**

**THE STODDARD FIRM**

*/s/ Matthew B. Stoddard (WEP)*
**Matthew B. Stoddard**
Georgia. Bar No.: 558215
*Counsel for Plaintiff*
1534 N Decatur Road
Atlanta, GA 30307
P: 470-467-2200
matt@legalhelpga.com

**CALLAHAN & FUSCO, LLC**

*/s/ Sara D. Sibley*
**Sara D. Sibley**
Georgia Bar No.: 312208
*Counsel for Defendants*
160 Clairemont Avenue, Suite 340
Decatur, Georgia 30030
(877) 618-9770 (Telephone)
alewis@callahanfusco.com

**IN IN THE STATE COURT OF CLAYTON COUNTY STATE OF GEORGIA**

| | |
|---|---|
| **J.S.,**<br><br>**Plaintiff**,<br><br>v.<br><br>**SHREE LAXMI HOTEL, LLC d/b/a MOTEL 6; TRINITY SNK CORPORATION F/K/A GLOBAL : MANAGEMENT & INVESTMENT : CORPORATION; and JOHN DOES #2-5**,<br><br>**Defendants**. | **Case No.: 2025CV06704** |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed and served a copy of the within and foregoing **JOINT STIPULATION OF EXTENSION OF TIME FOR DEFENDANT SHREE LAXMI HOTEL, LLC d/b/a MOTEL 6 AND GLOBAL MANAGEMENT & INVESTMENT CORPORATION TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT, AND PLAINTIFF's DISCOVERY REQUESTS** via the Court's electronic filing system which automatically sends a service copy via email notification to all counsel of record.

Matthew B. Stoddard, Esq.
THE STODDARD FIRM
Counsel for Plaintiff
1534 N Decatur Road
Atlanta, GA 30307
matt@legalhelpga.com

This 8th of October, 2025

*/s/ Sara D. Sibley*
Sara D. Sibley, Esq.
Georgia Bar No. 312208