# Exhibit H

Protective Order allowing Plaintiff
to proceed under her initials entered
by the State Court of Clayton County on
October 8, 2025

IN THE STATE COURT OF CLAYTON COUNTY
STATE OF GEORGIA

EFILED
CLAYTON COUNTY, GA
10/8/2025 4:34 PM
Tiki Brown
CLERK STATE COURT
/s/ Latasha Currie

| | | |
|---|---|---|
| J.S., | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | FILE NO.: _______________ |
| | : | |
| SHREE LAXMI HOTEL, LLC D/B/A MOTEL 6; | : | |
| AND JOHN DOES #1-5, | : | |
| | : | |
| *Defendant*. | : | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND LEAVE TO PROCEED VIA INITIALS**

This case comes before the Court on Plaintiff's Motion for Protective Order and Leave to Proceed Via Initials. The Court finds that Plaintiff's privacy and safety interests outweigh the public's interest in knowing Plaintiff's identity.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion for Protective Order and Leave to Proceed Via Initials is **GRANTED**. The Court hereby **Orders** that all material, documents, pleadings, exhibits, and evidence of any kind filed in this case shall refer to Plaintiff as J.S. with no other identifying information.

**IT IS SO ORDERED** this 8 day of Oct, 2025.

_______________________________________
CLAYTON COUNTY STATE COURT

Prepared By:

*/s/ Keith N. Evra*
Matthew B. Stoddard, Esq.
Keith N. Evra, Esq.

2025CV06704

THE STODDARD FIRM
1534 N Decatur Road NE
Atlanta, GA 30307
P: 470-467-2200
F: 470-467-1300
Matt@legalhelpga.com
Keith@legalhelpga.com
**Attorneys for Plaintiff**