# Exhibit N

1st Consent Motion to Extend Fact Discovery through October 29, 2026, filed in the State Court of Clayton County on March 9, 2026

2025CV06704
e-Filed 3/9/2026 11:09 AM
Tiki Brown
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Shalonda Green

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| J.S., | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | FILE NO.: 2025CV06704 |
| | : | |
| SHREE LAXMI HOTEL, LLC D/B/A MOTEL 6; | : | |
| TRINITY SNK CORPORATION F/K/A GLOBAL | : | |
| MANAGEMENT & INVESTMENT | : | |
| CORPORATION; AND JOHN DOES #2-5, | : | |
| | : | |
| *Defendant*. | : | |

**1ST CONSENT MOTION TO EXTEND FACT DISCOVERY THROUGH OCTOBER 29, 2026**

The Parties, by and through undersigned counsel, respectfully move the Court to extend the fact discovery period in this matter through and including **October 29, 2026**. In support of this Motion, the Parties show the Court as follows:

1. This action arises from alleged conduct occurring between 2018 and 2021. Due to the historical nature of the underlying events, this is a complicated case for purposes of discovery involving not only party discovery, but also a lot of non-party discovery. The parties have been working together and actively engaged in discovery. Despite these diligent efforts, there have been some delays and difficulty locating and producing responsive documents and information necessary for the parties to complete discovery.
2. In addition, a lawyer with the defense counsel team recently changed. As a result, newly retained counsel has required time to become familiar with the case and with the defense witnesses whom Plaintiff has sought to depose since December.

3. Also, on February 19, 2026, Plaintiff filed a Second Amended Complaint adding a new cause of action which will require some additional discovery.
4. These circumstances have caused delays in the discovery process and have placed the parties near the current fact discovery deadline of **April 29, 2026**.
5. The parties therefore jointly request additional time to complete necessary fact discovery, including the collection of documents and the scheduling and completion of depositions.
6. This is the first request for an extension of the discovery deadline in this case.

WHEREFORE, the Parties respectfully request that the Court extend the fact discovery deadline through and including **October 29, 2026**, and grant such other and further relief as the Court deems just and proper. A proposed order is attached as **Exhibit 1**.

Respectfully submitted this 9th day of March, 2026.

**THE STODDARD FIRM**

*/s/ Keith N. Evra*
Matthew B. Stoddard
Georgia Bar No. 558215
Keith N. Evra
Georgia Bar No. 810271
1534 N Decatur Road
Atlanta, GA 30307
P: 470-467-2200
F: 470-467-1300
matt@legalhelpga.com
keith@legalhelpga.com

Attorneys for Plaintiff

**Hawkins Parnell & Young, LLP**

*/s/ Robert S. Thompson (w/ep)*
C. Shane Keith, Esq.
Georgia Bar No. 411317
Robert S. Thompson, Esq.
Georgia Bar No. 709650
Hawkins Parnell & Young, LLP
303 Peachtree St. NE, Ste. 4000
Atlanta, GA 30308-3243
skeith@hpylaw.com
rthompson@hpylaw.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I CERTIFY that I have served a true and correct copy of the foregoing upon all counsel of record through use of the U.S. Mail, the Odyssey File & Serve system, the PeachCourt File & Serve system, or another statutorily approved method of delivery properly addressed to the following persons:

**Counsel for Defendants**
C. Shane Keith, Esq.
Robert S. Thompson, Esq.
Hawkins Parnell & Young, LLP
303 Peachtree St. NE, Ste. 4000
Atlanta, GA 30308-3243
skeith@hpylaw.com
rthompson@hpylaw.com

This 9th day of March, 2026.

*/s/ Keith N. Evra*
Keith N. Evra, Esq.

# <u>Exhibit 1</u>

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| J.S.,<br><br>*Plaintiff*,<br><br>v.<br><br>SHREE LAXMI HOTEL, LLC D/B/A MOTEL 6; TRINITY SNK CORPORATION F/K/A GLOBAL MANAGEMENT & INVESTMENT CORPORATION; AND JOHN DOES #2-5,<br><br>*Defendant*. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>FILE NO.: 2025CV06704 |

**ORDER EXTENDING FACT DISCOVERY THROUGH OCTOBER 29, 2026**

For good cause shown, and per the consent of the parties, the Court extends fact discovery in this matter through and including October 29, 2026.

So Ordered this ______ day of ____________, 2026.

____________________________
HONORABLE TAMMI HAYWARD
Judge, State Court of Clayton County

Cc: All counsel of record