**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| J.S.,<br>*Plaintiff*,<br>v.<br>Shree Laxmi Hotel, LLC d/b/a Motel 6; Trinity SNK Corporation f/k/a Global Management & Investment Corporation; and John Does #2-5,<br>*Defendants*. | Civil Action File No.<br>____________________ |

## Declaration of Compliance with 28 U.S.C. § 1446(d)

I, C. Shane Keith, declare as follows:

I am counsel of record for Shree Laxmi Hotel, LLC and Trinity SNK Corporation in the above-styled action.

Contemporaneously with the filing of the Notice of Removal in the United States District Court and in compliance with 28 U.S.C. § 1446(d), my office is filing with the Clerk of the State Court of Clayton County, Georgia, through that Court's electronic filing system, a Notice of Filing of Notice of Removal, to which a copy of the federal Notice of Removal is attached as an exhibit.

Notice of the filing of the Notice of Removal in the State Court of Clayton County, including a copy thereof, has been provided to Plaintiff through service on her counsel by the state court's online e-filing system and by First Class U.S. Mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2026, in Atlanta, Georgia.

C. Shane Keith
Georgia Bar No. 411317