IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| J.S.<br><br>Plaintiff,<br><br>v.<br><br>SHREE LAXMI HOTEL, LLC D/B/A MOTEL 6; TRINITY SNK CORPORATION F/K/A GLOBAL MANAGEMENT & INVESTMENT CORPORATION; AND JOHN DOES # 2-5:<br><br>Defendants. | : | FILE NO.: 1:26-cv-01549-MLB |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL DISTRICT AUTHORITY**

Plaintiff respectfully submits this Notice to advise the Court of a decision issued on August 18, 2026 by Judge Eleanor L. Ross that bears directly on the pending Motion to Dismiss the Second Amended Complaint.

A recent order from this District rejected the same argument Defendants make here. In denying a hotel defendant's motion to dismiss a TVPRA claim, the court held that allegations of repeated interactions with the trafficker,[1] combined with purposeful assignment of rooms on the ground floor and back of the hotel to aid

[1] *Compare* Doc. 4, Second Am. Compl., ¶ 52c.(iv.)("Defendants' employees knew and were friendly with [the trafficker] and his associates, including the front desk employees[.]").

trafficking and reduce police detection,[2] plausibly alleged "personalized support" and participation in a venture under § 1595. *See* Ex.A, *D.B. v. MNSS Investment, LLC d/b/a Best American Inn*, No. 1:25-cv-05330-ELR, Doc. 59 at 7-8 (N.D. Ga. Aug. 18, 2026).

This 19th day of August, 2026.

*<u>/s/ Keith N. Evra</u>*
Matthew B. Stoddard
Ga. Bar No.: 558215
Keith N. Evra, Esq.
Ga. Bar No.: 810271
THE STODDARD FIRM
1534 N Decatur Road
Atlanta, GA 30307
P: 470-467-2200
matt@legalhelpga.com
keith@legalhelpga.com
***Attorneys for Plaintiff***

[2] *Compare* Doc. 4, Second Am. Compl., ¶ 52c.(v.) ("Defendants purposely rented rooms to [the trafficker] and his associates that were on the backside of the property, to allow for more privacy and easier access and to make it more difficult for police to determine the illicit activity that was occurring.").

## CERTIFICATE OF COMPLIANCE & SERVICE

This is to certify that the foregoing document has been prepared with one of the following font and point selections approved by the Court in L.R. 5.1. Specifically, the pleading was prepared using Times New Roman font, point 14. I further certify that I have served a true and correct copy of the foregoing upon all counsel of record using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

**Counsel for Defendant**
C. Shane Keith, Esq.
Robert S. Thompson, Esq.
Hawkin Parnell & Young, LLP
303 Peachtree Street, N.E., Ste. 4000
Atlanta, GA 30308
skeith@hpylaw.com
rthompson@hpylaw.com

This 19th day of August, 2026.

*/s/ Keith N. Evra*
Keith N. Evra, Esq.